UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASIF DHANANI d/b/a CASTLETON
GROCERY,

                Plaintiff,

- against -

UNITED STATES,

                Defendant.
------------------------------------------------------------X

**ORDER ADOPTING REPORT
& RECOMMENDATION**
14-CV-0877 (RRM) (JMA)

ROSLYNN R. MAUSKOPF, United States District Judge.

On July 10, 2014, the Honorable Joan M. Azrack issued a Report and Recommendation ("R&R") recommending that this Court dismiss this action in light of Asif Dhanani's repeated failures, despite multiple warnings, to obtain counsel on behalf of the plaintiff corporation. (*See* Doc. No. 14.) Magistrate Judge Azrack reminded plaintiff that, pursuant to Rule 72(b), any objections to the R&R were due by July 24, 2014. No objections have been filed.

A corporation may appear in court only through licensed counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Castleton Grocery may not proceed *pro se*, and Asif Dhanani is not a licensed attorney. Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with and adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby **ORDERED** that this action is dismissed without prejudice, and the Clerk of the Court is directed to close this case. The Clerk of the Court is further directed to mail a copy of this Order, together with the accompanying Judgment, to Asif Dhanani at the address listed on the docket, and to note the mailing on the docket.

SO ORDERED.

s/RRM

Dated: Brooklyn, New York
August 7, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge